1-180035
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CMA CGM (AMERICA) LLC,

                Plaintiff,

- against -

ARUVIL INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------X



'08 CIV 4496

RECEIVED MAY 14 2008
CIVIL COMPLAINT
IN ADMIRALTY
U.S.D.C. S.D.N.Y.
CASHIERS

        Plaintiff CMA CGM (AMERICA) LLC, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant ARUVIL INTERNATIONAL, INC., *in personam*, in a cause of action civil and maritime, alleges upon information and belief:

        1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, *et seq*.

        2. At all times hereinafter mentioned, plaintiff CMA CGM (AMERICA) LLC was and still is a corporation organized and existing under the laws of the State of New Jersey with offices and a place of business at 5701 Lake Wright Drive, Norfolk, VA 23502.

        3. Upon information and belief and at all times hereinafter mentioned, defendant ARUVIL INTERNATIONAL, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 185 Madison Avenue, Suite 1600, New York, NY 10016.

        4. From February of 2004 to the present, plaintiff was and is a common carrier by water in the foreign commerce of the United States.

        5. During the period from February, 2004 to the present, defendant was the consignee and/or notify party on bills of lading issued by plaintiff by which defendant would receive goods carried on plaintiff's Vessels from the ports of loading to New York.

6. Defendant would remove the goods from the port, and would be obligated to return the shipping containers in which the goods were carried to plaintiff within five working days of removal from the port or be subject to per diem charges for each day the equipment was not returned to plaintiff, as per plaintiff's tariff and bill of lading.

7. From February, 2004 to the present, defendant incurred per diem charges totalling $2,761.00 as per Exhibits A1-A9, annexed hereto.

8. Plaintiff has performed all acts required to be performed by plaintiff.

9. Defendant has failed and refused and continues to fail and refuse to remit payment of $2,761.00, although duly demanded.

10. By reason of the foregoing, plaintiff has sustained damages in the amount of $2,761.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $2,761.00, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
May 12, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
CMA CGM (AMERICA) LLC
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

Tel: 757/9312100    FAX: 18775348419

**CMA CGM**

**ORIGINAL INVOICE**

Please use invoice number as reference with Payment

| Customer Number | Invoice |
|---|---|
| 0000008657/001 | NACC0009078 |

Page 1 of 1

Date: 23-MAY-2004

Issued by: VABOERA

Invoice to:
ARUMIL INTERNATIONAL, INC
6925 SHERMAN LANE
PENNSAUKEN-NJ-08110
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

| BL number: | IN1CD4600 | Booking number: | ASY104354 | Vessel/Voyage: | INDAMEX DELAWARE/N403 |
|---|---|---|---|---|---|
| Free time allowed: | 5 Working days | Service contract: | 030468 | Transportation Mode: | Carrier Haulage |

Consignee:
ARUMIL INTERNATIONAL INC
6925 SHERMAN LANE

PENNSAUKEN-NJ-08110
UNITED STATES

Notify:
ARUMIL INTERNATIONAL INC
160 MADISON AVE
SUITE 1500

NEW YORK-NY-10013
UNITED STATES

| Container Number: | MLCU2511572 | Size/Type: | 40HC |
|---|---|---|---|
| Start Date: | 20-FEB-04 | | Stop Date: | 04-MAR-04 |
| Start Event: | Gate out Full | | Stop Event: | Gate in Full |
| Start Location: | NEW YORK, NY/NY | | Stop Location: | NEW YORK, NY/NY |
| Start Pool: | AMERICAN STEVEDORING NB | | Stop Pool: | AMERICAN STEVEDORING |

Total billable days: 7 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 20-FEB-04 | 26-FEB-04 | 5 | Working | 0 | USD | 0 |
| 27-FEB-04 | 04-MAR-04 | 7 | Calendar | 44.00 | USD | 308.00 |

For PAYMENT QUESTIONS contact Collections at 1-866-053-3982
*All DISPUTES must be submitted in writing within 30 days of invoice date to our Collections department at fax 877-634-8418 or email collection...*
*For "STORE DOOR" - "DROP & POP" shipments notification MUST be made via email to "nasacgmoverseas@us.nacgm.com" to stop the detention...*

TOTAL Amount Due    308.00 USD

Payable by: Due upon Receipt

EXHIBIT "A"

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

Tel: 757861-2100    FAX: 877-834-2419

**CMA CGM**

**ORIGINAL INVOICE**

Please use invoice number as reference with Payment

Customer Number: 0200305054001
Invoice Number: NJ0000485

Page 1 of 1

Date: 15-JUN-2004    Invoiced by: VAEDBRA

Invoice to:
ARUVIL INTERNATIONAL INC
195 MADISON AVE
SUITE 1800
NEW YORK-NY-10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

B/L Number: NJ508420
Free time allowed: 5 Working days

Booking number: DJ102327
Service contract:

Vessel/Voyage: INDAMEX MALABAR 0007W
Transportation Mode: Carrier Haulage

Consignee:
STATE BANK OF INDIA
460 PARK AVE

NEW YORK-NY-10022
UNITED STATES

Notify:
ARUVIL INTERNATIONAL INC
195 MADISON AVE
SUITE 1500

NEW YORK-NY-10016
UNITED STATES

Container Number: TTNU5025134    Size/Type: 40ST

Start Date: 06-APR-04
Start Event: Gate out Full
Start Location: TAMPA, FL-FL
Start Pool: CSX-TAMPA

Stop Date: 15-APR-04
Stop Event: Case in Empty
Stop Location: TAMPA, FL-FL
Stop Pool: CSX-TAMPA

Total allable days: 2 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 06-APR-04 | 13-APR-04 | 3 | Working | 0 | USD | 0 |
| 14-APR-04 | 15-APR-04 | 2 | Calendar | 44.00 | USD | 88.00 |

For PAYMENT QUESTIONS contact Collections at 1-283-229-0562 **
** DISPUTES must be submitted in writing within 30 days of invoice date to our Collections department via Fax 877-834-2419 or email collections**
** For "NO DOCK DOOR", "DROP & PICK" shipments, notification MUST be made via email to fuss_employeeselectable@cma-cgm.com to stop the detention

You may also send wire transfers as per below bank details:
Beneficiary: CMA CGM (America) Inc - Operational Account
Bank: of America
One Commercial Place
Norfolk, VA
ABA: 026009593
Account Number: 004127090509

TOTAL Amount Due: **88.00 USD**

Payable by: Due upon Receipt

**EXHIBIT "A2"**

CMA CGM (AMERICA) INC.
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

Tel: 17576612120    Fax: 18776648418

Please use invoice number as a reference with Payment

Customer Number: 0000368592001
Invoice No.: 0087603?

Page 1 of 1

Date: 27-JUL-2005

**ORIGINAL INVOICE**

Invoice by: VARDBRA

Invoice to:
ARUVIL INTERNATIONAL INC
183 MADISON AVE
SUITE 1500
NEW YORK-NY-10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

BL number: IN1075227    Booking number: OH:107691    Vessel/Voyage: NOAMEX COLORADOSIN140E
Free time allowed: 5 Working days    Service contract:    Transportation Mode: Carrier Haulage

Consignee:
ARUVIL INTERNATIONAL INC
183 MADISON AVE
SUITE 1500
NEW YORK-NY-10016
UNITED STATES

Notify:
ARUVIL INTERNATIONAL INC
183 MADISON AVE
SUITE 1500
NEW YORK-NY-10016
UNITED STATES

Container Number: FCIU4472666    Size/Type: 40ST

Start Date: 30-JUN-05    Stop Date: 07-JUL-05
Start Event: Gate out Full    Stop Event: Gate in Empty
Start Location: NEW YORK, NY/NY    Stop Location: NEW YORK, NY/NY
Start Pool: PNCT    Stop Pool: PNCT

Total billable days: 2 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 28-JUN-05 | 05-JUL-05 | 5 | Working | 0 | USD | 0 |
| 06-JUL-05 | 07-JUL-05 | 2 | Calendar | 65.00 | USD | 130.00 |

** PAYMENT QUESTIONS contact Collections at 1-800-253-9892 **
** ALL DISPUTES must be submitted in writing within 30 days of invoice date to our Customer Service department via Fax 877-654-0419 or email collection **
** STORE DOOR - DROP & PIC Charges, notification MUST be made via email to Tariam (nymovesalesbe@...) cmacgm.com to stop the detention time. **

*If may also wire or bank transfer as per New York details.*
Beneficiary: CMA CGM (America) Inc. - Operational Account
Bank of America
...Commercial Drive
...rolk, VA
ABA: 026009593
...count Number: 004127783508

TOTAL Amount Due: 130.00 USD

Payable by: Due upon Receipt

EXHIBIT "A3"

CMA CGM (AMERICA) INC
6301 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

Tel : 17573822100    FAX: 18775488419

**CMA CGM**

Please use invoice number as a reference with Payment

| Customer Number | Invoice |
|---|---|
| 0002605290 | NAED0015122 |

Page 1 of 1

Date : 27-JUL-2006

**ORIGINAL INVOICE**

Invoiced by: VAGUBRA

Invoice to:
ARUMI INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY-10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
6301 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

BL number: NYN075495           Booking number: DHPI87729         Vessel/Voyage: INDAMEX COLORADO N 140E
Free time allowed: 5 Working days    Service contract:           Transportation Mode: Carrier Haulage

Consignee:                                                Notify:
ARUMI INTERNATIONAL INC                                   ARUMI INTERNATIONAL INC
185 MADISON AVE                                           185 MADISON AVE
SUITE 1600                                                SUITE 1600

NEW YORK-NY-10016                                         NEW YORK-NY-10016
UNITED STATES                                             UNITED STATES

Container Number:   TGHU2711622      Size/Type:  20ST
Start Date:         28-JUN-06                       Stop Date:      06-JUL-06
Start Event:        Gate out Full                   Stop Event:     Gate in Empty
Start Location:     NEW YORK, NY/NY                 Stop Location:  NEW YORK, NY/NY
Start Pool:         PNCT                            Stop Pool:      PNCT

Total billable days :  3 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 28-JUN-06 | 05-JUL-06 | 5 | Working | 0 | USD | 0 |
| 03-JUL-06 | 05-JUL-06 | 3 | Calendar | 65.00 | USD | 195.00 |

For PAYMENT QUESTIONS - contact Collections at 1-866-259-3962 *
* ALL DISPUTES must be submitted in writing within 30 days of invoice date to our Collections department via Fax 877-894-8416 or email collection **
** Prior to RE-BOOKING FOR/OR A PICK-up payment of dispute MUST be made via email to Usa.emptyreavailable@cma-cgm.com to stop the detention clock **

| TOTAL Amount Due | 195.00 USD |
|---|---|

Payable by: Due upon Receipt

EXHIBIT "A"

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

Tel: 17578512100    FAX: 18776546419

**CMA CGM**

Please reference invoice number as a reference with Payment.

| Customer Number | Invoice |
|---|---|
| 0000006666001 | NAIM024788 |

Page 1 of 1

**ORIGINAL INVOICE**

Date: 26 SEP 2005                Issued by: VARDHOW

Invoice to:
ARUVIL INTERNATIONAL INC
195 MADISON AVE
SUITE 1600
NEW YORK-NY-10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

| B/L number: | N1004783 | Booking number: | DEL1008405 | Vessel/Voyage: | INDAMEX CAUVERY/IN162E |
| --- | --- | --- | --- | --- | --- |
| Free time allowed: | 5 Working days | Service contract: | | Transportation Mode: | Carrier Haulage |

Consignee:
ARUVIL INTERNATIONAL INC
195 MADISON AVE
SUITE 1600
NEW YORK-NY-10016
UNITED STATES

Notify:
ARUVIL INTERNATIONAL INC
195 MADISON AVE
SUITE 1600
NEW YORK-NY-10016
UNITED STATES

| Container Number: | ECMU1290000 | Size/Type: | 20ST | | |
| --- | --- | --- | --- | --- | --- |
| Start Date: | 08-SEP-05 | | | Stop Date: | 19-SEP-05 |
| Start Event: | Gate out Full | | | Stop Event: | Gate in Empty |
| Start Location: | NEW YORK, NY/NY | | | Stop Location: | NEW YORK, NY/NY |
| Start Pool: | PNCT | | | Stop Pool: | PNCT |

9 Billable days  2 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 08-SEP-05 | 16-SEP-05 | 2 | Working | 0 | USD | 0 |
| 18-SEP-05 | 19-SEP-05 | 2 | Calendar | 85.00 | USD | 170.00 |

** PAYMENT QUESTIONS contact Collections at 1-866-253-6922 **
** DISPUTES must be submitted in writing within 30 days of invoice date to our Collections department via Fax 877-894-6419 or email collection **
For "STORE DOOR" - DROP & PICK shipment, notification MUST be made were not to have comply nacov-billa@cma-cgm.com to stop the detention clk.**

You can send wires or drafts as per below bank details:
Wires: CMA-CGM (America) Inc - Operations Account
Bank of America
Commercial Place
clk, VA
# (business)
A/C Number: 004127783305

| TOTAL Amount Due | 170.00 USD |
|---|---|

**Payable by: Due upon Receipt**

EXHIBIT "A5"

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

**CMA CGM**

To: 4757931310    Fax: 18776546119

Please use invoice number as a reference with Payment

| Customer Number | Invoice | Page: 1 of 1 | ORIGINAL INVOICE |
|---|---|---|---|
| 0000043958001 | NAIM0812264 | Date: 05-JAN-2006 | Noted by: VABDHOW |

Invoice to:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 800
NEW YORK-NY-10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

BL number: N1098359            Booking number: DIP111700        Vessel/Voyage: INDAMEX GODAVARI N199E
Free time allowed: 5 Working days   Service contract: 05-0504    Transportation Mode: Carrier Haulage

Consignee:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 800
NEW YORK-NY-10016
UNITED STATES

Notify:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 800
NEW YORK-NY-10015
UNITED STATES

Container Number: TSCU4151305    Size/Type: 40ST

| | | | |
|---|---|---|---|
| Start Date: | 15-DEC-05 | Stop Date: | 30-DEC-05 |
| Start Event: | Gate out Full | Stop Event: | Gate in Empty |
| Start Location: | NEW YORK, NY/NY | Stop Location: | NEW YORK, NY/NY |
| Start Pool: | PNCT | Stop Pool: | PNCT |

Total billable days: 9 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 15-DEC-05 | 21-DEC-05 | 5 | Working | 0.1 | USD | 0 |
| 22-DEC-05 | 30-DEC-05 | 7 | Calendar | 85.00 | USD | 765.00 |

For PAYMENT QUESTIONS contact Collections at 1-800-268-3992 *
ALL DISPUTES must be submitted in writing within 30 days of invoice date to our Collections department via Fax 877 624 9419 or email collector **
For all STORE DOOR - D&DY or PICK shipment, notification MUST be made via email to [...] to stop the detention day [...]

| | TOTAL Amount Due | 765.00 USD |
|---|---|---|
| | Payable by: Due upon Receipt | |

**EXHIBIT "A6"**

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

Tel: 7576212100    FAX: 18773493416

Please use invoice number as reference with payment
Customer Number: 0000093956/00
Invoice Number: AMAI0009912

**ORIGINAL INVOICE**    **CMA CGM**

Page 1 of 1
Date: 13-FEB-2008    Invoiced by: WARCHOW

Invoice to:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY-10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

BL number: IN1103923    Booking number: DHI11210    Vessel/Voyage: A-L ALEXANDER-TE7N200E
Free time allowed: 5 Working days    Service contract:    Transportation Mode: Carrier Haulage

Consignee:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY-10016
UNITED STATES

Notify:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY-10016
UNITED STATES

Container Number: ECMU4017423    Size/Type: 40ST

| | | |
|---|---|---|
| Start Date: 26-JAN-08 | Stop Date: 06-FEB-08 |
| Start Event: Gate out Full | Stop Event: Gate in Empty |
| Start Location: NEW YORK, NYNY | Stop Location: NEW YORK, NYNY |
| Start Port: PNCT | Stop Port: PNCT |

Total billable days: 10 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 26-JAN-08 | 01-FEB-08 | 5 | Working | 0 | USD | 0 |
| 02-FEB-08 | 06-FEB-08 | 5 | Calendar | 85.00 | USD | 425.00 |

For PAYMENT QUESTIONS contact Collections at 1-305-263-3982
All DISPUTES must be submitted in writing within 30 days or invoice code to our Collections department via Fax 877-634-8419 or email us at foster**
Free "STORAGE POOL" – DSCP 8.2.02 shipments notification MUST be made via email to usa.empcreceivables@cma-cgm.com to stop the detention days...

Total Amount Due: **425.00 USD**

Payable by: Due upon Receipt

EXHIBIT "A1"

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

**CMA CGM**

To: 17578612100   FAX: 18778348419

Please use Invoice number as a reference for Payment

| Customer Number | Invoice | Page 1 of 1 |
| --- | --- | --- |
| 0000036958-001 | NYUI0375209 | Date: 10-APR-2006 |

**ORIGINAL INVOICE**

Issued by: VADOHOW

Invoice to:
ARUVIL INTERNATIONAL INC
85 MADISON AVE
SUITE 1500
NEW YORK-NY-10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

BL number: IN125992
Free time allowed: 5 Working days

Booking number: BK113969
Service contract:

Vessel/Voyage: INDAMEX GDDAVARMN213E
Transportation Mode: Carrier Haulage

Consignee:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY-10013
UNITED STATES

Notify:
ARUVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY-10013
UNITED STATES

Container Number: ECMU4139392   Size/Type: 40HT

Start Date: 22 MAR 06        Stop Date: 31 MAR 06
Start Event: Gate out Full   Stop Event: Gate In Empty
Start Location: NEW YORK, NY NY   Stop Location: NEW YORK, NY NY
Start Pool: PNCT   Stop Pool: PNCT

Total stay days: 9 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 22-MAR-06 | 28-MAR-06 | 5 | Working | 0 | USD | 0 |
| 29-MAR-06 | 31-MAR-06 | 3 | Calendar | 85.00 | USD | 255.00 |

For PAYMENT QUESTIONS contact Collections at 1-866-853-3080 **
** ALL DISPUTES must be submitted in writing within 30 days of invoice date to our Collections department via FAX 877-834-0419 or email collections**
Per diem, LIVE UNLOAD, DROP & PICK shipments, not hook or MUST be invoiced separately. Please only make available/one option to stop the detention
clock **

If paying/also send wire transfer charges below bank details
in/to our: CMA-CGM (America), Inc. - Depart of Accounts
Bank of America
100 Commercial Place
Norfolk, VA
ABA: 026009593
Account Number: 004-2708900

TOTAL Amount Due:   255.00 USD

Payable by: Due upon Receipt

**EXHIBIT "16"**

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

Tel: 17579612100    Fax: 18776948410

**CMA CGM**

Please use invoice number as a reference with Payment

Customer Number: 0000305558A001    Invoice: NAI60458071    Page 1 of 1    Date: 06-AUG-2006

**ORIGINAL INVOICE**

Invoiced by: VABCD-CW

Invoice to:
ARJVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY--10016
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

BL number: JN1235472    Booking number: DH114435    Vessel/Voyage: INDAMEX COLORADO/IN224A
Free time allowed: 5 Working days    Service contract: 05-0004    Transportation Mode: Carrier Haulage

Consignee:
ARJVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK, NY 10016
UNITED STATES

Notify:
ARJVIL INTERNATIONAL INC
185 MADISON AVE
SUITE 1600
NEW YORK-NY--10016
UNITED STATES

Container Number: CLHU4014107    Size/Type: 40ST
Start Date: 13-APR-06    Stop Date: 24-APR-06
Start Event: Gate out Full    Stop Event: Gate in Empty
Start Location: NEW YORK, NY/NY    Stop Location: NEW YORK, NY/NY
Start Pool: PNCT    Stop Pool: PNCT

Total billable days: 5 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 13-APR-06 | 19-APR-06 | 5 | Working | 0 | USD | 0 |
| 20-APR-06 | 24-APR-06 | 5 | Calendar | 85.00 | USD | 425.00 |

For PAYMENT QUESTIONS contact Collections at 1-866-359-3382
** All DISPUTES must be submitted in writing within 30 days of invoice date to our Collections Department via Fax 877-804-0019 or email collector **
** For a "STORE DOOR" - "CY/CY" shipment, notification MUST be made via email to "usa.reply.uswavailable@cma-cgm.com" to stop the detention clock **

For Wire transfer send wire instructions per below bank details:
Beneficiary: CMA-CGM (America), Inc    One Jefferson Avenue
Bank of America
One Commerce Plaza
...VA
...000000
...

Total Amount Due: 425.00 USD

**Payable by: Due upon Receipt**

EXHIBIT "A"