# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 4496

CMA CGM (AMERICA) LLC,

        Plaintiff,

-against-

ARUVILL INTERNATIONAL, INC.,

        Defendant.

State Of New York, County of New York SS.
**JAMES CAGNEY**
Being duly sworn, deposes and says that se is over the age of 18 years, is not a party to this action and resides in New York.

That on the 19TH day of MAY, 2008, At 12:19 PM

At: 185 MADISON AVENUE, NEW YORK, NEW YORK 10016

Deponent served the Annexed: SUMMONS, IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY

Upon: ARUVILL INTERNATIONAL, INC.

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to JAY TORRES (MANAGING AGENT) personally, deponent knew the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: MALE Color: BROWN Hair: BLACK App. Age: 35 App. Ht: 5'5" App. Wt. 200
Other identifying features:

Sworn to before me this 21ST
day of MAY, 2008

**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111469
Qualified in New York County
Commission Expires June 14, 2012

JAMES CAGNEY 124-0081