USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 4 2008

1-180035
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CMA CGM (AMERICA) LLC,

                Plaintiff,

- against -

ARUVIL INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------------X

08 Civ. 4496 (CROTTY)

NOTICE AND ORDER
OF DISMISSAL

        PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, without prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41. The Clerk of Court is directed to close out their case.

Dated: New York, New York
       July 9, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
CMA CGM (AMERICA) LLC
551 Fifth Avenue, Suite 1701
New York, NY 10176
(212) 696-1760

SO ORDERED: JUL 1 4 2008

_____
U.S.D.J.